

DOUGLAS BUCHANAN, *pro se*
1696 E Sheffield Ave
Chandler, AZ 85225-1676
(480) 857-7318
dabbuck@hotmail.com
Defendant, *appearing pro se*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SUNLUST PICTURES, L.L.C., a California )
limited liability company,              )
                                        ) CASE NO.: 2:12-CV-02145-PHX-NVW
Plaintiff,                              )
                                        )
v.                                      ) MOTION FOR EXTENSION OF TIME TO
                                        ) OBTAIN COUNSEL AND FILE ANSWER
DOUGLAS BUCHANAN,                       )
                                        )
Defendant.                              )
----------------------------------------)

     COMES NOW the Defendant, appearing *pro se*, and respectfully requests that this Honorable Court enlarge his time to obtain counsel and file an answer, and in support thereof, states as follows:

     1.    Defendant was served by mail in this action, receiving the Summons and Complaint on November 15, 2012, making the answer due December 7, 2012.

     2.    While counsel has found *pro bono* counsel in Colorado who will defend this case, that counsel is not admitted to Arizona State Court, and thus cannot be admitted to the Federal Bar, and must seek association with an Arizona attorney to act as local counsel.

     3.    Further, Defendant and his out of state counsel are attempting to locate local counsel, at a price the Defendant can afford, however, Defendant seeks additional time to accomplish this.

     4.    Defendant's Colorado counsel has conferred with Plaintiff's counsel on Tuesday, November 4, 2012, Plaintiff does not oppose the relief sought herein.

     5.    Defendant believes that local counsel can be obtained and the attendant Motion for Admission *Pro Hac Vice* filed within three (3) weeks, and seeks such an extension of time.

WHEREFORE, the Defendant, appearing *pro se*, prays that this Honorable Court will enlarge his time to file and answer three (3) weeks, until and including December 28, 2012, and for such other and further relief which this Honorable Court deems proper and just in the premises.

Dated: December 5, 2012          Defendant, appearing *pro se*

*/s/ Douglas Buchanan*
Douglas Buchanan

CERTIFICATE OF SERVICE

I certify that on December 5, 2012 I filed the foregoing Motion for Extension of Time and served a true and correct copy, via US Mail, first class postage prepaid, on:

Stephen James Goodhue, Esq.
Law Offices of Stephen James Goodhue
9375 E. Shea Blvd, Ste 100
Scottsdale, AZ 85260

*/s/ Douglas Buchanan*
Douglas Buchanan