IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sunlust Pictures, LLC, | No. CV-12-02145-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Douglas Buchanan, | |
| Defendant. | |

The Court having reviewed the Defendant's Motion for Extension of Time to Obtain Counsel and File Answer (Doc. 12), and good cause appearing,

IT IS ORDERED that Defendant shall have up to and including December 28, 2012, to file an answer to the Plaintiff's Complaint.

DATED this 5th day of December, 2012.

_____
Neil V. Wake
United States District Judge